UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAVID MALCICH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  Case No. 4:21 CV 1422 JMB |
| | ) |
| HAMPTON STREET INVESTMENTS, LLC, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff David Malcich's motion to proceed *in forma pauperis* (Doc. 2).  Plaintiff represents that he has $780.00 in monthly income and $667.00 in monthly expenses.  Plaintiff appears unable to pay the necessary filing fee.  Accordingly, the motion is **GRANTED**.

*/s/ John M. Bodenhausen*
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE

Dated this 7th day of December, 2021